UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEREK KENNEY,

         Plaintiff,

-against-              Civil Case No.: 6:11-cv-00790
                              DNH-ATB
ANTHONY CLAY, EDGAR
BEAUDIN and THE CITY OF GLOVERSVILLE,

         Defendants.

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for Plaintiff and Defendants in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs or attorneys' fees to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: November 17, 2016        DATED: 2/23/17

OFFICE OF ELMER ROBERT KEACH III   LEMIRE, JOHNSON & HIGGINS, LLC

By _____   _____
 Elmer Robert Keach III (601537)     Gregg T. Johnson (506443)
Attorneys for Plaintiff          Attorneys for Defendants
1 Pine West Plaza - Suite 109       2534 Route 9 – P.O. Box 2485
Albany, New York 12205         Malta, New York 12020
Tel: 518-434-1718           Tel: 518-899-5700
Fax: 518-770-1558          Fax: 518-899-5487
Email: bobkeach@keachlawfirm.com    Email: gtj@lemirejohnsonlaw.com

```
IT IS SO ORDERED:


_____
       David N. Hurd
United States District Judge

Dated:    February 28, 2017
       _____
              Utica, NY
```